LEONARD PULLEN v. TRAVELERS INSURANCE COMPANY.

June 11, 1986.

Petition for certification granted, and the judgment of the Appellate Division is summarily reversed and the judgment of the Law Division reinstated. See, *Midland Insurance Co. v. Colatrella*, 102 *N.J.* 612 (1986).

STATE OF NEW JERSEY v. RAYMOND SANCHEZ.

September 16, 1986.

Petition for certification denied.

PASQUALE SANTIAGO v. QUEMETCO, INC., ETC., ET AL.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MELVIN BUTTS.

October 15, 1986.

Petition for certification denied.